# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **DANIELLE ARMENDARIZ,** | Case No.  8:13-CV-01677-CJC-RWB |
| Plaintiff, | **ORDER GRANTING DISMISSAL** |
| v. | Honorable Cormac J. Carney |
| **KINDRED HEALTHCARE OPERATING, INC., and DOES 1-100, inclusive;** | Complaint Filed:  September 19, 2013<br>Trial Date:  February 10, 2015 |
| Defendants. | |

**ORDER**

Having read the Stipulation of the parties filed concurrently herewith, and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

**DATED:** December 4, 2014

By: _____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

Order Granting Dismissal
Case No.  8:13-CV-01677-CJC-RWB
Page 1 of 1